### 152.   BARROW *v.* BLASINGAME.

POWELL, J.   1. A promissory note must contain words of negotiability, in order to entitle the transferee thereof to the rights accorded by the law to bona fide purchasers of negotiable paper. *Reed* v. *Murphy*, 1 *Ga.* 236; *Cohen* v. *Prater*, 56 *Ga.* 204; *Third National Bank* v. *W. & A. R. Co.*, 114 *Ga.* 890.

2. As to its other substantial features, this case is controlled by the decision of the Supreme Court in *Jones* v. *Gilbert*, 93 *Ga.* 604.

        *Judgment affirmed.*

Complaint on note, from city court of Moultrie—Judge Humphreys. March 20, 1906.

Submitted February 26,—Decided March 2, 1907.

*Mattox & Johnson,* for plaintiff.

*W. F. Way, E. L. Bryan,* for defendant.